IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff – Appellee | : | |
| | : | |
| V. | : | CASE NO. 15-4095 |
| | : | |
| JERMAINE LAMONT JENKINS | : | |
| | : | |
| Defendant – Appellant | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff – Appellee | : | |
| | : | |
| V. | : | CASE NO. 15-4101 |
| | : | |
| CEDRIC DEWIN JENKINS | : | |
| | : | |
| Defendant – Appellant | : | |

MOTION TO DECONSOLIDATE CASES ON APPEAL

Now comes the appellant, Jermaine Jenkins, by and through counsel, and makes the following Motion to Deconsolidate Cases on Appeal and says and alleges:

1.   The appellant, Jermaine Jenkins, gave notice of appeal filed February 19, 2015.

2.   The appellant, Cedric Jenkins, gave notice of appeal filed February 22, 2015.

3.   The cases of Jermaine Jenkins and Cedric Jenkins were consolidated on appeal.

4.   A briefing order was issued in this case scheduling the Joint Appendix and the opening Brief being due June 22, 2015.

5.      Jermaine Jenkins pled guilty prior to a motion to suppress hearing in the

case of Cedric Jenkins. Cedric Jenkins pled guilty and was sentenced in

hearings separate from Jermaine Jenkins.

6.      Based on information and belief, Cedric Jenkins waived his right to appeal

subject to several exceptions.

7.      The undersigned counsel has prepared a first draft brief raising three

sentencing issues.

8.      It would be more convenient for Jermaine Jenkins to file a joint appendix

without the unrelated Cedric Jenkins record and to file a separate brief

without having to make abbreviated arguments in order to include the

arguments of Cedric Jenkins.

9.      The government and counsel for Cedric Jenkins have no objection to the

Fourth Circuit deconsolidating these cases on appeal.

Now therefore, Jermaine Jenkins, moves that the cases of Jermaine Jenkins and

Cedric Jenkins be deconsolidated on appeal.

Respectfully submitted,

This the _____ day of June, 2015.

/s/ George E. Crump, III
George E. Crump, III
Attorney at Law   N.C.S.B. # 7676
PO Box 1523
Rockingham, NC 28380
(910) 997-5544
georgecrump@bellsouth.net
Attorney for the Appellant,
Jermaine Jenkins

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of June, 2015, I caused this Motion to

Deconsolidate Cases on Appeal to be filed electronically with the Clerk of Court using

CM/ECF System, which will send notice of such filing to the following registered

CM/ECF users:


Joanna G. McFadden, AUSA
Office of the U.S. Attorney
101 S. Edgeworth Street
Suite 400
Greensboro, NC 27401
(336) 333-5351

Stacey Rubain, Attorney
Quander Rubain, PA
301 N. Main Street
Suite 2020
Winston-Salem, NC 27101
(336) 725-6600

This the ____ day of June, 2015.


_____
George E. Crump, III
Attorney at Law N.C.S.B. #7676
PO Box 1523
Rockingham, NC 28380
(910) 997-5544
georgecrump@bellsouth.net
Attorney for the Appellant,
Jermaine Jenkins